```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                          CIVIL DIVISION
```

UNITED STATES OF AMERICA,

        Petitioner,

vs.

ROBERT FLOROWSKI,

        Respondent.
_____/

PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS

The United States of America, by its attorney, Wifredo A. Ferrer, United States Attorney in and for the Southern District of Florida, avers to this Court as follows:

I

This proceeding for enforcement of an Internal Revenue Service summons is brought pursuant to Sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (26 U.S.C.).  This Court has jurisdiction of this action pursuant to 26 U.S.C. Sections 7402(b) and 7604(a), and 28 U.S.C. Sections 1340 and 1345.

II

D. Wagner, a revenue agent employed in Small Business\Self-Employed Division, South Atlantic Area of the Internal Revenue Service in West Palm Beach, Florida.  The revenue agent is authorized to issue Internal Revenue Service summonses pursuant to the authority contained in 26 U.S.C. Section 7602.

III

The Respondent, Robert Florowski, can be found at 2525 Old Okeechobee Road, Suite 5, West Palm Beach, Florida 33409, which is within the jurisdiction of this Court.

IV

Revenue Agent D. Wagner is conducting an investigation for the purpose of determining possible Federal income tax liabilities (Form 1040) of Robert Florowski for the taxable years ending December 31, 2007, December 31, 2008, December 31,2009, and December 31, 2010, as is set forth in the declaration of Revenue Agent D. Wagner, attached hereto and incorporated herein by reference as Exhibit "A".

V

As part of the investigation on November 1, 2011, Revenue Agent D. Wagner issued an Internal Revenue Service summons (Form

2039) to Robert Florowski, directing him to appear before Revenue Agent D. Wagner, on November 15, 2011, to give testimony and to produce for examination certain books, records, papers or other data, as described in said summons.  On November 1, 2011, Revenue Agent D. Wagner, personally served an attested copy of the summons to the respondent.  The summons is attached to the revenue agent's declaration as Exhibit A-1 and incorporated herein by this reference.

### VI

On November 15, 2011, the respondent did not appear.

On March 6, 2012, Counsel for the Internal Revenue Service sent a letter to the respondent directing him to appear on March 20, 2012.  On March 20, 2012, the respondent did not appear and has not provided information and documents as requested by the summons.

### VII

Information, books, records, papers, and other data, which may be relevant and material to the investigation, are in the possession, custody or control of the respondent.

### VIII

The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

IX

It is necessary and relevant to obtain the testimony and to examine the books, records, papers, or other data sought by the summons, in order to complete the investigation of possible Federal income tax liabilities (Form 1040) of Robert Florowski for the taxable years ending December 31, 2007, December 31, 2008, December 31, 2009, and December 31, 2010, as is set forth in the declaration of Revenue Agent D. Wagner, attached hereto and incorporated herein by reference as Exhibit "A".

X

A Justice Department referral, as defined by Section 7602(d)(2) of the Internal Revenue Code of 1986 (26 U.S.C.), is not in effect with respect to Robert Florowski for the tax years under investigation.

XI

All administrative steps as required by the Internal Revenue Code for the issuance of the summons have been followed.

WHEREFORE, the petitioner respectfully prays:

1. That this Court enter an order directing respondent, Robert Florowski, to show cause, if any, why he should not comply with, and obey, the aforementioned summons in each and every requirement thereof; and

2.   That the Court enter an order directing respondent, Robert Florowski, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Agent D. Wagner or any other proper officer or employee of the Internal Revenue Service; and

3.   That this Court further order that petitioner be given thirty days (30) from the date of the Order within which to serve Respondent with the same; and

4.   That the United States recover its costs in maintaining this action; and

5.   That this Court grants such other and further relief as is just and proper.

                              WIFREDO A. FERRER
                              United States Attorney

               By:   *s/ Marilynn K. Lindsey*
                      Marilynn K. Lindsey
                      Assistant U.S. Attorney
                      Fla. Bar NO.: 230057
                      500 E. Broward Blvd.,
                      Ste. 700
                      Ft. Lauderdale, FL  33394
                      Marilynn.Lindsey@usdoj.gov